878 A.2d 844

EVELYN FAHNBULLEH, PLAINTIFF–PETITIONER, v. ANDRES PEREZ, ET AL., DEFENDANTS, AND HENRY B. FAHNBULLEH, DEFENDANT–RESPONDENT.

July 11, 2005.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the trial court for further proceedings in light of *DiProspero v. Penn,* 183 *N.J.* 477, 874 *A.*2d 1039 (2005).

878 A.2d 844

VERONICA E. MARTINS, PLAINTIFF–PETITIONER, v. LEONARDO ODDO, ET AL., DEFENDANTS– RESPONDENTS.

July 11, 2005.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the trial court for further proceedings in light of *DiProspero v. Penn,* 183 *N.J.* 477, 874 *A.*2d 1039 (2005).